# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

**Name of debtor:** Michael Jay Villarete Mesa
Rhosahlee Cordero Mesa
aka Rhosahlee Amador Cordero

**Case No.** 2:13-bk-16863-SRK

**Chapter 13**

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002-1.

**Name of creditor:** OneWest Bank, FSB

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: xxxxxx7290

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2013

**New total payment:**
Principal, interest, and escrow, if any $1,029.00

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☒ No.
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

______________________________

**Current escrow payment:** ______________ **New escrow payment:** ______________

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?**

☐ No.
☒ Yes. Attach a copy of the rate change notice, prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

______________________________

**Current interest rate:** **3.7500%** **New interest rate:** **3.5000%**

**Current principal and interest payment:** **$1,102.50** **New principal and interest payment:** **$1,029.00**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take affect.)*

**Reason for change:** ____________________

**Current mortgage payment:** __________ **New mortgage payment:** __________

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor. ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ John R. Callison
Signature

Date: 05/09/2013

Print: John R. Callison
First Name Middle Name Last Name

Title: Authorized Agent for OneWest Bank, FSB

Company: Buckley Madole, P.C.

Address: 9441 LBJ Freeway, Suite 250
Number Street

Dallas, Texas 75243
City State Zip Code

Contact Phone: (972) 643-6600 Email: PCNInquiries@BuckleyMadole.com

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before May 10, 2013

Debtor's Attorney Information
Eric C Hanson
Eric C Hanson & Assoc
16038 Gale Ave
Hacienda Heights, CA 91745

Debtors Information
Michael Mesa
3017 Via Delores
Baldwin Park, California 91706

Rhosahlee Mesa
3017 Via Delores
Baldwin Park, California 91706

Chapter 13 Trustee Information
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

Respectfully Submitted,

/s/ John R. Callison